# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY SANDERLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No.  1:24-cv-00971-JLT-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT AND DIRECTING CLERK OF THE COURT TO ISSUE CIVIL NEW CASE DOCUMENTS<br><br>DEADLINE: SEPTEMBER 6, 2024 |

On April 2, 2024, this action was filed in the District of South Carolina.  (ECF No. 1.)  On August 20, 2024, the matter was transferred to the Eastern District of California.  (ECF No. 29.)  On August 23, 2024, an order was filed relating this action to Navarro v. Target Corp., No. 1:24-cv-00280-JLT-SAB, and the matter was reassigned.  (ECF No. 32.)  Upon review of the docket in this matter, no response to Plaintiff's complaint has been filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Walmart Inc. SHALL FILE a response to Plaintiff's complaint on or before **September 6, 2024;** and

2. The Clerk of the Court is DIRECTED to issue civil new case documents in this matter.

IT IS SO ORDERED.

Dated:   **August 26, 2024**

UNITED STATES MAGISTRATE JUDGE

1